ACCEPTED
03-14-00808-CV
4183334
THIRD COURT OF APPEALS
AUSTIN, TEXAS
2/17/2015 4:42:34 PM
JEFFREY D. KYLE
CLERK

# No. 03-14-00808-CV

**IN THE 3RD COURT OF APPEALS**

**AUSTIN, TEXAS**

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
2/17/2015 4:42:34 PM
JEFFREY D. KYLE
Clerk

**Rosendo Morales,** *Appellant*

**V.**

**Texas Department of Insurance-Division of Workers' Compensation and Commissioner Rod Bordelon, in his official capacity,** *Appellees*

**On appeal from the 146th District Court of Bell County, Texas; 269,135-B**

## APPELLANT'S AGREED & UNOPPOSED 1st ~~AMENDED~~ MOTION TO DISMISS ONLY TEXAS MUTUAL INSURANCE COMPANY FROM THIS INTERLOCUTORY APPEAL

TO THE HONORABLE JUSTICES OF THE 3rd COURT OF APPEALS:

Appellant, Rosendo Morales, respectfully ask this Honorable Court to dismiss only Texas Mutual Insurance Company from this appeal. Appellant prematurely included Texas Mutual Insurance Company in this interlocutory appeal against the governmental entities under Texas Civil Practices & Remedies Code Section 51.014(a)(8) of the Appellees, Texas Department of Insurance-Division of Workers' Compensation and Commissioner Rod Bordelon, in his official

capacity, state agency's plea to the jurisdiction being granted. This amended motion is agreed to by counsel for Texas Mutual and unopposed by counsel for TDI-DWC and the Commissioner. Only the Appellant and the governmental entities are necessary parties to this appeal.

For these reasons, Appellant asks the Court grant this motion to dismiss only Texas Mutual Insurance Company from this interlocutory appeal as agreed.

Respectfully,

/s/Brad McClellan
Bradley Dean McClellan
State Bar No. 13395980
Of Counsel, Law Offices of Richard Pena, P.C.
1701 Directors Blvd., Suite 110
Austin, Texas 78744
Brad.McClellan@yahoo.com
(512) 327-6884 telephone
(512) 327-8354 facsimile
**Attorney for Appellant**

## CERTIFICATE OF CONFERENCE

I certify that I have conferred with Matt Foerster counsel for Texas Mutual Insurance Company by email, and he is in agreement with this motion; and I have conferred with Adrienne Butcher, counsel for TDI-DWC and DWC Commissioner, and she is unopposed to Appellant's 1st Amended Motion to Dismiss Texas Mutual Insurance Company.

/s/ Brad McClellan
Bradley Dean McClellan

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was served on the through counsel of record by the method indicated below on February 17, 2015.


Scott Placek                                                  Via eservice and email
Matthew Foerster
Arnold & Placek, LLC
203 East Main Ave, Ste. 203
Round Rock, TX 78664
Fax:  512 341.7121
Attorneys for Texas Mutual


Adrienne Butcher, Assistant Attorney General        Via eservice and email
Administrative Law Division
Office of the Attorney General of Texas
P.O. Box 12548 (MC-018), Capital Station
Austin, Texas 78711-2548
512-475-4208
Facsimile: (512) 320-0167
Attorney for Appellees, TDI-DWC

/s/ Brad McClellan
Brad McClellan
